**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00569-CV

**PAULA HERNANDEZ, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CARLOS DUARTE, DECEASED, AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES; MARIA GUADALUPE LOPEZ PINA, INDIVIDAULLY AND AS NEXT FRIEND OF C.V.D. AND A.D., MINOR CHILDREN, ET AL., Appellants**

**V.**

**CHANTRELL EDWARDS AND EMCASCO INSURANCE COMPANY/EMC INSURANCE COMPANIES, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12667**

## ORDER

We **GRANT** court reporter Marcey Poeckes's July 13, 2016 request for an extension of time and **ORDER** the reporter's record filed no later than August 12, 2016.

/s/    CRAIG STODDART
        JUSTICE